**People of the State of Illinois ex rel. Joseph F. Bowdish, Plaintiff-Appellant, v. Carl Relli, Defendant-Appellee.**

**Gen. No. 47,662.** ■■■■■■■■■■■

First District, Second Division.

October 27, 1959.

Rehearing denied November 18, 1959.

Released for publication November 18, 1959.

Hoover, Scheele, and McGrath, for plaintiff-appellant; Ira D. Schultz, for defendant-appellee. Opinion by JUSTICE LEWE. Not to be published in full.